**FILED**

NOV 0 8 2017


CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. **W17CR257** |
| Plaintiff, | * | INFORMATION |
| V. | * | [VIO: 18 U.S.C. 641 – Theft of Government Property] |
| EDDIE ELLIS, JR., | * | |
| Defendant | * | |

THE UNITED STATES ATTORNEY CHARGES:

On or about July 29, 2013, the exact date unknown to the United States Attorney, in the Western District of Texas, Defendant,

**EDDIE ELLIS, JR.,**

did knowingly steal or purloin a thing of value of the Veterans Administration, a department or agency of the United States, to-wit: Veterans Administration benefits, and the value of such property in the aggregate amount did not exceed $1,000, in violation of Title 18, United States Code, Section 641.

RICHARD L. DURBIN, JR.
United States Attorney

By:  GREGORY S. GLOFF
Assistant United States Attorney