UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|    Plaintiff,                                          ) | |
|                                            ) | |
| vs.                                                        ) | Case No. W-17-CR-257(1)-JCM |
|                                            ) | |
| EDDIE ELLIS, JR.                                ) | |
|    Defendant.                                      ) | |

## MOTION TO UNSEAL WRIT OF EXECUTION DOCUMENTS

COMES NOW the United States of America and files this Motion to Unseal Writ of Execution documents. In support hereof, Plaintiff shows as follows:

It is no longer necessary for these proceedings to be sealed as the Defendant has been informed of the writ. The United States of America therefore moves this Court to unseal the following documents:

- Motion to Seal Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Application for Writ of Execution;
- Order for Issuance of Writ of Execution;
- Writ of Execution;
- Clerk's Notice of Post-Judgment Execution;
- Notice of Levy; and
- Specification of Property Subject to Execution.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By: /s/ *Steven E. Seward*
     **STEVEN E. SEWARD**
     Assistant United States Attorney
     Florida Bar No. 29546
     601 N.W. Loop 410, Suite 600
     San Antonio, Texas  78216
     Telephone: (210) 384-7259
     Facsimile:  (210) 384-7247
     E-mail: Steven.Seward@usdoj.gov

                                                 **ERICA BENITES GIESE**
                                                 Assistant United States Attorney
                                                 Texas Bar No. 24036212
                                                 601 N.W. Loop 410, Suite 600
                                                 San Antonio, Texas  78216
                                                 Telephone: (210) 384-7255
                                                 Facsimile:  (210) 384-7247
                                                 E-mail: Erica.Giese@usdoj.gov

                                               **ATTORNEYS FOR UNITED STATES**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system and served via first class mail on July 5, 2018 on the following non-CM/ECF party:

| | |
|---|---|
| Eddie Ellis, Jr.<br>114 Farm to Market Road 147<br>Marlin, Texas 76661<br>***Defendant*** | Members Choice of Central Texas<br>Federal Credit Union<br>4631 W. Waco Drive<br>Waco, Texas 76710<br>***Party in Interest*** |

                                               /s/ *Steven E. Seward*
                                               **STEVEN E. SEWARD**
                                               Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>vs.<br><br>EDDIE ELLIS, JR.<br>   Defendant. | )<br>)<br>)<br>)   Case No. W-17-CR-257(1)-JCM<br>)<br>)<br>)<br>) |

### ORDER UNSEALING DOCUMENTS

The United States of America has moved to unseal previously filed documents. The Court finds that there is no longer a need to seal documents herein because the defendant to this proceeding has been informed of the writ. The Court therefore grants the motion and **ORDERS** that previously sealed documents filed in the garnishment proceeding be unsealed, to-wit:

- Motion to Seal Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Application for Writ of Execution;
- Order for Issuance of Writ of Execution;
- Writ of Execution;
- Clerk's Notice of Post-Judgment Execution;
- Notice of Levy; and,
- Specification of Property Subject to Execution.

**IT IS SO ORDERED.**

Dated: _____

                                              **JEFFREY C. MANSKE**
                                              UNITED STATES MAGISTRATE JUDGE