UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
JUL 12 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>  Plaintiff,                                       )<br>                                                         )<br>vs.                                                     )   Case No. W-17-CR-257(1)-JCM<br>                                                         )<br>EDDIE ELLIS, JR.                               )<br>  Defendant.                                    ) | |

### ORDER UNSEALING DOCUMENTS

The United States of America has moved to unseal previously filed documents. The Court finds that there is no longer a need to seal documents herein because the defendant to this proceeding has been informed of the writ. The Court therefore grants the motion and **ORDERS** that previously sealed documents filed in the garnishment proceeding be unsealed, to-wit:

- Motion to Seal Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Application for Writ of Execution;
- Order for Issuance of Writ of Execution;
- Writ of Execution;
- Clerk's Notice of Post-Judgment Execution;
- Notice of Levy; and,
- Specification of Property Subject to Execution.

IT IS SO ORDERED.

Dated: 7-12-18

JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE