UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) Case No. W-17-CR-257(1)-JCM<br>) |
| EDDIE ELLIS, JR.<br>    Defendant. | )<br>) |

## ORDER

On this date came on to be considered Plaintiff's Joint Motion to Apply Funds Held by the Clerk of Court to Criminal Monetary Obligations (the "Motion"). (Doc. No. _____ ). The Court has carefully considered the Motion and finds that it should be granted.

Accordingly, it is this day **ORDERED** that the Motion is **GRANTED**.

**IT IS ORDERED** that Clerk of Court shall apply the funds being held in the registry towards the Defendant's criminal monetary obligations.

IT IS SO ORDERED.

Dated: 7-18-18

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE

**AGREED:**

JOHN F. BASH
UNITED STATES ATTORNEY

| | |
|---|---|
| */s/ Steven E. Seward* | See attached |
| **STEVEN E. SEWARD** | **EDDIE ELLIS, JR.** |
| Assistant United States Attorney | 114 Farm to Market Road 147 |
| *Attorney for United States* | Marlin, Texas 76661 |
| | *Defendant* |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>EDDIE ELLIS, JR.<br>Defendant. | Case No. W-17-CR-257(1)-JCM |

## ORDER

On this date came on to be considered Plaintiff's Joint Motion to Apply Funds Held by the Clerk of Court to Criminal Monetary Obligations (the "Motion"). (Doc. No. ____ ). The Court has carefully considered the Motion and finds that it should be granted.

Accordingly, it is this day **ORDERED** that the Motion is **GRANTED**.

**IT IS ORDERED** that Clerk of Court shall apply the funds being held in the registry towards the Defendant's criminal monetary obligations.

**IT IS SO ORDERED.**

Dated: _____

_____
**JEFFREY C. MANSKE**
UNITED STATES MAGISTRATE JUDGE

**AGREED:**

**JOHN F. BASH**
**UNITED STATES ATTORNEY**

_____
**STEVEN E. SEWARD**
Assistant United States Attorney
*Attorney for United States*

_____
EDDIE ELLIS, JR.
114 Farm to Market Road 147
Marlin, Texas 76661
*Defendant*

RECEIVED
2018 JUL 12 PM 1:34
USAO/WDTX